United States Bankruptcy Court
District of Arizona

In re: Case No. 24-00916-DPC
CHARLES M HELLER Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin 
Date Rcvd: May 20, 2024 Form ID: 318 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CHARLES M HELLER, 2564 E IVY STREET, MESA, AZ 85213-3515 |
| cr | + | PNC Bank, National Association, c/o McCarthy & Holthus, LLP, 8502 E. Via De Ventura, Suite 200, Scottsdale, AZ 85258-3240 |
| 17186239 | + | Todd Williams, 1331 E Sorenson, Mesa AZ 85203-1229 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBJMULLEN.COM | May 21 2024 02:25:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| smg | | EDI: AZDEPREV.COM | May 21 2024 02:25:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17186230 | | Email/Text: financialresolutiondepartment@azcentralcu.org | May 20 2024 22:35:00 | Arizona Central Credit Union, Attn: Bankruptcy, 2020 N. Central Avenue, Suite 100, Phoenix AZ 85004 |
| 17186229 | + | Email/Text: bankruptcycourtnotices@amerihome.com | May 20 2024 22:35:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks CA 91362-3888 |
| 17186231 | | EDI: AZDEPREV.COM | May 21 2024 02:25:00 | Arizona Department of Revenue, Attention BK Payment Unit, 2005 N Central Ave, Ste 100, Phoenix AZ 85004-1546 |
| 17186232 | + | Email/Text: bk@freedomfinancialnetwork.com | May 20 2024 22:34:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo CA 94402-2676 |
| 17186233 | + | EDI: IRS.COM | May 21 2024 02:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17190863 | | Email/Text: bknotice@mccarthyholthus.com | May 20 2024 22:35:00 | McCarthy & Holthus LLP, 2763 Camino Del Rio S, Suite 100, San Diego, CA 92108-2607 |
| 17190864 | | Email/Text: Bankruptcy.Notices@pnc.com | May 20 2024 22:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 17186235 | | Email/Text: Bankruptcy.Notices@pnc.com | May 20 2024 22:35:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton OH 45458 |
| 17186234 | + | Email/Text: bankruptcy@pnfp.com | May 20 2024 22:36:00 | Pinnacle Financial Partners, Attn: Bankruptcy, 150 Third Ave, Ste 900, Nashville TN 37201-2034 |
| 17186237 | | Email/Text: bankruptcy@sunbit.com | May 20 2024 22:35:00 | Sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles CA 90024 |
| 17186236 | + | Email/Text: EBN@Mohela.com | May 20 2024 22:35:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, Po Box 1022, Chesterfield MO 63006-1022 |
| 17186238 | + | EDI: SYNC | May 21 2024 02:25:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17186240 | + | EDI: LCIUPSTART | May 21 2024 02:25:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San |

| | | | | |
|---|---|---|---|---|
| | | | | Carlos CA 94070-7503 |
| 17186241 | + | EDI: WFFC2 | May 21 2024 02:25:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |
| 17186242 | + | EDI: WFFC2 | May 21 2024 02:25:00 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy, 1 Home Campus Macx2303-01a, Des Moines IA 50328-0001 |
| 17186243 | + | EDI: WFFC2 | May 21 2024 02:25:00 | Wells Fargo/Personal Loan, Attn: Bankruptcy, Po Box 71092, Charlotte NC 28272-1092 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| EDWARD K. BERNATAVICIUS | on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov |
| KRISTIN E MCDONALD | on behalf of Creditor PNC Bank National Association bknotice@mccarthyholthus.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor CHARLES M HELLER documents@phxfreshstart.com tom@phxfreshstart.com |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CHARLES M HELLER<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3711 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Arizona | | |
| Case number: | 2:24–bk–00916–DPC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

CHARLES M HELLER

5/20/24

**By the court:** Daniel P. Collins
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**